

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-2-2005

# Clarke v. Secretary Veterans

Precedential or Non-Precedential: Non-Precedential

Docket No. 04-4432

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"Clarke v. Secretary Veterans" (2005). *2005 Decisions.* Paper 276.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/276

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

No. 04-4432

———

LILIETH A. CLARKE

Appellant

v.

*JAMES R. NICHOLSON, SECRETARY OF VETERANS AFFAIRS;
UNITED STATES VETERANS ADMINISTRATION

Appellee


*Substituted Pursuant to F.R.A.P. 43(c)

———


ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
(D.C. No: 01-cv-01111)

District Judge: The Honorable Gary L. Lancaster

———


Submitted pursuant to LAR 34.1(a)
on September 26, 2005

Before: RENDELL, FUENTES,
and GARTH, Circuit Judges

———

**ORDER AMENDING OPINION**

IT IS ORDERED that the caption in the not precedential opinion and judgment in the above case, filed October 10, 2005, be amended as follows:

James R. Richardson should be changed to James R. Nicholson.

By the Court,

/s/ Julio M. Fuentes
Circuit Judge

DATED:     November 2, 2005